UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHANU PRAKASH,

Plaintiff,

v.

RYAN REYNOLDS, and others,

Defendants.

Case No. 5:24-cv-08376 NC

**ORDER REFERRING CASE FOR SETTLEMENT**

This case is referred to Magistrate Judge Virginia K. DeMarchi for a settlement conference. Timing and format to be decided by settlement judge. The parties are to contact Judge DeMarchi's courtroom deputy to schedule the settlement conference at vkdcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 5, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-08376 NC
SETTLEMENT REFERRAL