Bhanu Prakash
22330 Homestead Rd
Cupertino, CA 95014
+1 (415) 825-7830
prakash.legal@proton.me

Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| BHANU PRAKASH, | Case No. 5:24-cv-08376-NC |
| Plaintiff, | |
| v. | **ADMINISTRATIVE MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WALMART INC.'S MOTION FOR SUMMARY JUDGMENT** |
| WALMART Inc., Kiran Reddy and Does One through Twenty, | |
| Defendants. | JUDGE: HON. NATHANAEL M. COUSINS |

Plaintiff respectfully requests leave to file the Declaration in support of "plaintiff's opposition to defendant walmart inc.'s motion for summary judgment". The motion was timely filed on 04/02/2026, the Court's deadline.

The supporting declaration could not be uploaded with the motion.

Good cause exists for this request because:

1. The motion itself was timely filed, demonstrating Plaintiff's diligence in meeting the Court's deadline.

2. The delay is minimal (this will be filed over the weekend) and causes no prejudice to Defendant, who has not yet filed opposition.

3. The declaration provides essential factual support for the motion and its consideration will aid the Court's determination; and

4. The oversight was inadvertent and not the result of dilatory conduct.

Plaintiff contacted Defendant's counsel on this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Declaration of "plaintiff's opposition to defendant walmart inc.'s motion for summary judgment", lodged concurrently with this motion.

Date:   April 3, 2026          By:   _____
                                         Bhanu Prakash
                                         Plaintiff, Pro Se

ADMINISTRATIVE MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WALMART INC.'S MOTION FOR SUMMARY JUDGMENT